UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DEBORAH ANN LEONARDO,** as Proposed Adminstratrix of The Estate of Michael J. Leonardo, <br>    Plaintiff, <br><br> vs. <br><br> **NANCY CHRISTINE, INC. and THE F/V NANCY CHRISTINE, Her Commercial Fishing Licenses, Permits, Limited Entry Rights, Quotas, Moratorium Permits/Licenses and all other Fishing Rights, History, Privileges, or Entitlements Arising from, Issued to, Attaching to, or Appurtenant to said Vessel, and the Proceeds of its Hull Insurance Policy, In Rem,** <br>    Defendants. | CIVIL ACTION <br> NO: 04-12120-NMG |

### NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

   Please enter our appearance as attorneys for defendant, NANCY CHRISTINE, INC., in the above-captioned action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**


**"/s/ Thomas J. Muzyka"**
Thomas J. Muzyka
BBO NO. 365540
Kenneth M. Chiarello
BBO NO: 639274
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  November 1, 2004