AO 440 (Rev. ) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Deborah Ann Leonardo, as proposed administratrix of the estate of Michael J. Leonardo

V.

NANCY-CHRISTINE, INC., F/V NANCY CHRISTINE, her commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses and all other fishing rights, history, privileges, or entitlements arising from, issued to, attaching to, or appurtenant to said vessel, and the proceeds of its hull insurance policy, in rem

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04    01MG

TO: (Name and address of defendant) NANCY-CHRISTINE, INC.
250 Mill Road
Fairhaven, MA  02719
Agent for Service
Thomas J. Muzyka, Esq.
Clinton & Muzyka
One Washington Mall
Boston, MA  02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Hunt, Esq.
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA  02740

an answer to the complaint which is herewith served upon you, within \_\_\_\_20\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DATE  10-6-04

CLERK

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

October 26, 2004
I hereby certify and return that on 10/21/2004 at 2:45PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to C.Mehos,Adm Asst & agent in charge at time of service, for Nancy-Christine, Inc., at Clinton & Muzyka, One Washington Mall, C/O Thomas J. Muzyka, Esquire Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   John Cotter                            _____
                                                         Deputy Sheriff