UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH ANN LEONARDO, as<br>Proposed Administratrix of the Estate<br>of MICHAEL J. LEONARDO<br><br>V.<br><br>NANCY-CHRISTINE, INC., F/V NANCY<br>CHRISTINE, her commercial fishing licenses,<br>permits, limited entry rights, quotas, moratorium<br>permits/licenses and all other fishing rights, history,<br>privileges, or entitlements arising from, issued to,<br>attaching to, or appurtenant to said vessel, and the<br>proceeds of its hull insurance policy, *in rem* | Civil Action No. 04-12120-NMG |

### REQUEST TO COURT FOR ENTRY OF DEFAULT

To:   Clerk of the United States District Court for the District of Massachusetts:

Please enter the default of defendant Nancy-Christine, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for their failure to plead or otherwise defend, as appears from the affidavit of Frank S. Gattuso hereto attached.

Dated: December 17, 2004

                                    Plaintiff, Deborah Leonardo, as Proposed
                                    Administratrix of the Estate of Michael J. Leonardo,
                                    By her attorneys,

                                    /s/ Frank S. Gattuso
                                    Frank S. Gattuso, Esq.
                                    BBO# 653132
                                    Thomas J. Hunt, Esq.
                                    BBO# 244680
                                    Thomas J. Hunt & Associates
                                    18 North Water Street
                                    New Bedford, MA 02740
                                    (508) 994-7300 (Telephone)
                                    (508) 984-0755 (Facsimile)