UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH ANN LEONARDO, as Proposed Adminstratrix of The Estate of Michael J. Leonardo,<br>    Plaintiff,<br><br>vs.<br><br>NANCY CHRISTINE, INC. and THE F/V NANCY CHRISTINE, Her Commercial Fishing Licenses, Permits, Limited Entry Rights, Quotas, Moratorium Permits/Licenses and all other Fishing Rights, History, Privileges, or Entitlements Arising from, Issued to, Attaching to, or Appurtenant to said Vessel, and the Proceeds of its Hull Insurance Policy, In Rem,<br>    Defendants. | CIVIL ACTION<br>NO: 04-12120-NMG |

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by and through their undersigned attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this ___ day of May, 2005.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| *Thomas J. Hunt* | *Kenneth Chiarello* |
| Thomas J. Hunt, Esq. | Kenneth M. Chiarello |
| BBO NO: 244680 | BBO NO: 639274 |
| 18 North Water Street | CLINTON & MUZYKA, P.C. |
| New Bedford, MA  02740 | One Washington Mall |
| (617) 695-2777 | Boston, MA  02108 |
|  | (617) 723-9165 |

Dated: May 27, 2005